1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 100
5  Roseville, CA 95661
   408-279-2288 ph: 408-279-2299 fax

6  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RICHARD PERSONS,<br>                Plaintiff,<br><br>     v.<br><br><br>  EQUIFAX, INC.; et. al.,<br><br><br><br><br>                Defendants. | Case No.: 5:17-CV-02968-NC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Richard Persons and defendant Equifax, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement should be finalized within 45 and a dismissal shall be filed.


Dated:   July 20, 2017

                                          **Sagaria Law, P.C.**
                                          /s/ *Elliot Gale*
                                          Elliot Gale
                                          Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1