```
 1  Scott Sagaria (State Bar No.217981)
    sjsagaria@sagarialaw.com
 2  Elliot Gale (State Bar No. 263326)
    egale@sagarialaw.com
 3  Joe Angelo (State Bar No. 268542)
    jangelo@sagarialaw.com
 4  SAGARIA LAW, P.C.
    3017 Douglas Blvd., Ste. 100
 5  Roseville, California 95661
    Telephone: (408) 279-2288
 6  Facsimile: (408) 279-2299

 7  Attorneys for Plaintiff
    Richard Persons
 8
 9
10               UNITED STATES DISTRICT COURT
11         NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
12
13
14  RICHARD PERSONS                Federal Case No.: 5:17-CV-02968-LHK
15           Plaintiff,
16       vs.                       STIPULATED REQUEST FOR
                                   DISMISSAL OF DEFENDANT EQUIFAX,
17  EQUIFAX, INC.; et. al.,        INC.; [PROPOSED] ORDER
18           Defendants.
19
20  TO THE COURT, CLERK OF COURT, AND ALL PARTIES:
21       IT IS HEREBY STIPULATED by and between plaintiff Richard Persons and defendant
22  Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to
23  Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own
24  attorneys' fees and costs.
25  //
26  //
27  //
28  //
```

DATED:  September 18, 2017          Sagaria Law, P.C.

                                    By:  _____/s/ Elliot W. Gale_____
                                              Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Richard Persons


DATED:  September 18, 2017          Nokes & Quinn



                                    By:  _____/s/ Thomas P. Quinn, Jr._____
                                              Thomas P. Quinn, Jr.
                                    Attorneys for Defendant
                                    Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:_____         _____
                              LUCY H. KOH
                              UNITED STATES DISTRICT JUDGE