Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Richard Persons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| RICHARD PERSONS<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:17-CV-02968-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　　IT IS HEREBY STIPULATED by and between plaintiff Richard Persons and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: September 18, 2017 | Sagaria Law, P.C. |
| 2 | | By: _/s/ Elliot W. Gale_ |
| 3 | | Elliot W. Gale |
| 4 | | Attorneys for Plaintiff<br>Richard Persons |
| 5 | | |
| 6 | DATED: September 18, 2017 | Nokes & Quinn |
| 7 | | |
| 8 | | By: _/s/ Thomas P. Quinn, Jr._ |
| 9 | | Thomas P. Quinn, Jr.<br>Attorneys for Defendant |
| 10 | | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and ~~that~~ each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 18, 2017

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE