Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Richard Person

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PERSONS,<br><br>  Plaintiff,<br><br> v.<br><br>EQUIFAX, INC., ET AL.,<br><br>  Defendants. | Case No.: 5:17-cv-02968-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SAFE CREDIT UNION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Richard Persons and defendant Safe Credit Union that Safe Credit Union be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT SAFE CREDIT UNION; [PROPOSED] ORDER -1-

DATED: December 11, 2017       **Sagaria Law, P.C.**

By:   */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Richard Persons

DATED: December 11, 2017       **Wilson Elser Moskowitz Edelman & Dicker LLP**

By:   */s/ Rockford Marcello Hearn*
Rockford Marcello Hearn
Attorney for Defendant Safe Credit Union

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Rockford Marcello Hearn has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Safe Credit Union is dismissed with prejudice. IT IS SO ORDERED.  The Clerk shall close the file.

DATED:   December 11, 2017

*Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE